# EXHIBIT A

**Valisure, LLC**
**5 Science Park**
**New Haven, CT 06511**
**analysis@valisure.com**

# VALISURE REPORT

## CLIENT INFORMATION

| Standard:<br>ISO/IEC 17025:2017 | Report ID:<br>20220222 C | Sample Type:<br>Acetaminophen, 500 mg | | ATTN: Julia K.<br>Venditti,<br>Bursor &<br>Fisher, P.A | Reference:<br>2111-0025 |
|---|---|---|---|---|---|
| **Receipt Date:** | **NDC Package** | **Description:** | | **Lot:** | **Expiration Date:** |
| January 28, 2022 | 21130-919-12 | Better, Signature Care, Rapid Release, Extra Strength | | P126037 | 07/2024 |
| January 28, 2022 | 21130-111-78 | Better, Signature Care | | 1ME1938C | 06/2023 |

## DISSOLUTION ANALYSIS SUMMARY

*Analysis details for each test performed can be found on the following pages. Gelcap is gelatin coated tablet and Caplet is coated tablet.*

**Replicates:** One Sample (n = 1) each

**Method:** Dissolution Analysis:
USP Acetaminophen Tablets
Pharmacopeial Forum: Volume No. 43(3), Official 1-Oct-2021

**Test Date:** February 15, 2022

**Operator:** Alex Reimers

**Analysis Date:** February 21, 2022

**Analyst:** Amber Hudspeth

**Operator Notes:**  Dissolution is performed at 50 rpm paddle speed and 37.5 ± 0.1°C using 900 ml of dissolution buffer: 50 mM monobasic potassium phosphate and sodium hydroxide to reach pH 5.8 at 37.5°C in deionized water. Samples were collected every 2 minutes for a total of 30 minutes. Samples are analyzed for ultraviolet light (UV) absorbance at 243 nm corresponding to the peak absorbance of acetaminophen. Data is processed using MatLab with the Statistics and Machine Learning Toolbox and the Curve Fitting Toolbox. Dissolution profiles are normalized to the average of endpoint data values and fit using a Weibull Model (cumulative distribution function for drug dissolved as a function of time equal to $f(t)=1-\exp[-a(t-T)^b]$, where a and b are parameters for time-scale and shape of curve progression, respectively, t is time, and T is lag time as a result of the dissolution process and was assumed to be zero). The fits are used to calculate times corresponding to percent of acetaminophen dissolved in solution.

**Approval Signature:** Kaury Kucera, CSO

*Kaury Kucera*

Important Notice: Valisure, LLC does not make, and specifically disclaims, any representations of warranties regarding these results as they relate to other medicinal products, including, without limitation, any express or implied warranties, warranty of merchantability, warranty of performance, or warranty of fitness for a particular purpose. Valisure is not a Good Manufacturing Practice ("GMP") compliant laboratory and does not offer any GMP services, or any services for regulatory purpose. This information should not be reproduced without written approval from Valisure and receipt of this report does not confer any right or license to use Valisure trademarks. THE RESULTS CONTAINED IN THIS REPORT: (1) ARE NOT MEDICAL ADVICE, (2) ARE NOT INTENDED TO BE A STATEMENT, CLAIM OR INDICATION OF EFFICACY OR SUITABILITY OF THE SAMPLE, (3) DO NOT DESCRIBE ANY PARTICULAR CHARACTERISTIC (OR LACK OF CHARACTERISTIC) BEYOND THE SPECIFIC METRICS LISTED FOR THE SPECIFIC SAMPLE TESTED, (4) MAKE NO CLAIM OR INDICATION OF THE RELATIVE EFFICACY AND/OR SUITABILITY OF THE SAMPLES AS COMPARED WITH OTHER SUBSETS, BATCHES, LOTS,  BRANDS, FORMULATIONS, OR TREATMENTS, AND (5) CANNOT BE USED BY CLIENT FOR REGULATORY PURPOSES AND ARE NOT APPLICABLE FOR REGULATORY PURPOSE.



## DISSOLUTION ANALYSIS RESULTS

**Figure:** Dissolution shown as a proportion of label claim acetaminophen (500 mg) released into solution over time shown in minutes (min). Red is caplet (lot 1ME1938) data and blue is gelcap (lot P126037) data.



**Table:** Time (minutes) for 75-95% dissolution by product.

| Brand: | Signature Care | |
|---|---|---|
| Lot: | P126037 | 1ME1938 |
| Description: | gelcap | caplet |
| 75% | 10.0 | 8.9 |
| 80% | 10.9 | 9.7 |
| 85% | 12.0 | 10.7 |
| 90% | 13.3 | 12.0 |
| 95% | 15.5 | 14.0 |

(Percent dissolved)

## CONFORMITY STATEMENTS

All products tested meet USP tolerance for dissolution because greater than 80% of the labeled amount of acetaminophen is dissolved in under 30 minutes.

