**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTINE BISCHOFF, on behalf of herself
and on all others similarly situated,

                Plaintiff,

    -against-                                  22 **CIVIL** 4961 (CS)

                                              **JUDGMENT**

ALBERTSONS COMPANIES, INC.; ACME
MARKETS, INC.; SAFEWAY, INC.; BETTER
LIVING BRANDS, LLC; and LNK
INTERNATIONAL, INC.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 26, 2023, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       June 26, 2023

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                              **Clerk of Court**

                              **BY:**      *K. Mango*

                                                             _____
                                                              **Deputy Clerk**